WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'11 JAN 24 15:39USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**GINA PINHEIRO**,                                                                 CV # 08-1406-JO

    Plaintiff,

vs.                                                                         ORDER

**COMMISSIONER of Social Security**,

    Defendant.

       Attorney fees in the amount of $9,882.00 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $7,828.31 for the same hours, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount previously awarded under the EAJA, and to send to Plaintiff's attorney **at his current address shown above** the balance of $2,053.69, minus any user fee. Any amount withheld (including the EAJA fee offset) after all administrative and court attorneys fees are paid should be released to the claimant.

       DATED this _24_ day of _Jan_, 2010.

                                                              _/s/_
                                                       United States District Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1